UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW BUMPERS, : | |
| : | |
| Plaintiff, : | Civ. No. 13-5250 (RBK) (JS) |
| : | |
| v. : | |
| : | |
| FRANK D. FORMICA, et al. : | **MEMORANDUM AND ORDER** |
| : | |
| Defendants. : | |

Plaintiff, Matthew Bumpers, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 while he was detained at the Atlantic County Justice Facility in Mays Landing, New Jersey. Plaintiff's current address of record in this case is at the Atlantic County Justice Facility. It has come to the attention of the Court that Mr. Bumpers is no longer detained at the Atlantic County Justice Facility. (*See* Dkt. No. 5)

As of today's date, plaintiff has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminated this case.

Accordingly, IT IS this   14th   day of January, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for plaintiff's failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff Matthew Bumpers updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge